UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**GARY NIXON**,                                                    Civil Case No. 3:11-CV-01292-KI

            Petitioner,

                                                                       JUDGMENT

                          v.

**J.E. THOMAS,**
Warden, FCI Sheridan,

           Respondent.

      Michelle A. Ryan
      K2 Building
      1717 NE 42nd Avenue, Suite 2104
      Portland, Oregon  97213

           Attorney for Petitioner

      S. Amanda Marshall
      United States Attorney
      District of Oregon

Page 1 - JUDGMENT

      Ronald K. Silver
      Assistant United States Attorney
      United States Attorney's Office
      1000 SW Third Avenue, Suite 600
      Portland, Oregon  97204-2902

          Attorneys for Respondent

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

    Dated this    30th    day of November, 2012.

                                    /s/ Garr M. King
                               Garr M. King
                               United States District Judge